UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SUSAN BIRD, *individually and on behalf of all others similarly situated*, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | 3:25-CV-116-KAC-DCP ) ) |
| DENEFITS, LLC, | ) ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Debra C. Poplin's August 6, 2025 "Report and Recommendation" ("Report") [Doc. 16]. On March 24, 2025, Plaintiff Susan Bird filed this putative class action lawsuit against Defendant Denefits, LLC alleging violations of the Telephone Consumer Protection Act and Tennessee common law [*See* Doc. 1]. Defendant did not initially appear. On July 8, 2025, the clerk entered Default against it [*See* Doc. 9]. On July 16, 2025, Defendant appeared [Docs. 10, 11]. The next day, the Parties filed a "Stipulated Motion to Set Aside Default and to Extend Time to Respond" [Doc. 13].

The Report recommends that the Court set aside Default and extend Defendant's time to respond to the complaint. [Doc. 16]. No Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 16] with one modification set forth below under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court:

(1) **GRANTS** the "Stipulated Motion to Set Aside Default and to Extend Time to Respond" [Doc. 13];

(2) **SETS ASIDE** the Clerk's Entry of Default against Defendant Denefits, LLC [Doc. 9];

(3) And **ORDERS** Defendant to file a responsive pleading by September 26, 2025 [*See* Doc. 19].

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2

Case 3:25-cv-00116-KAC-DCP    Document 20    Filed 09/19/25    Page 2 of 2    PageID #: 63